UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08 CR 419 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| -v- | ) ) | **ORDER** |
| BERNARD D. RICHARDSON, | ) ) | |
| Defendant | ) | |

The court held a sentencing hearing in the above-referenced case on October 17, 2012, at 12:30 p.m. Defendant was present and represented by Assistant Federal Public Defender, Jacqueline A. Johnson. The United States was represented by Assistant United States Attorney, Joseph Pinjuh. The Probation Office was represented by David Abraham. The court reporter was Bruce Matthews.

The Defendant admitted to the violations, and the court found the Defendant to be in violation of his Supervised Release. Therefore, the court adopts Magistrate Judge Baughman's Report and Recommendation, finding that the Defendant has violated the conditions of his Supervised Release.

IT IS ORDERED that Defendant's Supervised Release is revoked and he is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 3 months. Following incarceration Defendant shall be placed on Supervised Release for a term of 15 months, with the same terms and conditions as originally imposed. Defendant was advised of his appeal rights.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

October 17, 2012